**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Orlando Salazar v. The State of Texas

Appellate case number:      01-15-00365-CR

Trial court case number:    C-08-0822-SA

Trial court:                340th District Court of Tom Green County

Appellant's court-appointed counsel filed a motion to withdraw and brief on June 3, 2015, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967).[1] On June 18, 2015, appellant, acting *pro se*, filed the form motion requesting access to a copy of the record to prepare a response and requesting a 30-day extension of time to file his *pro se Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, we **grant** appellant's *pro se* motion requesting the record and **order** the trial court clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records, and any supplemental records, to the *pro se* appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the record to the appellant is made.

Finally, we **grant** appellant's motion for an extension of time to file a *pro se Anders* response. Appellant's *pro se* response to his counsel's *Anders* brief shall be filed within **45 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                        ☒ Acting individually    ☐ Acting for the Court
Date: June 25, 2015

---

[1]    Pursuant to the Texas Supreme Court's docket equalization powers, this appeal was transferred from the Third Court of Appeals to this Court on April 21, 2015. *See* TEX. GOV'T CODE ANN. § 73.001 (West Supp. 2014); Order Regarding Transfer of Cases From Courts of Appeals, Misc. Docket No. 15-9054, ¶ II (Tex. Mar. 24, 2015).